# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, the **STATE OF CALIFORNIA**, and the **STATE OF WASHINGTON** *ex rel.* David Phelan, and **DAVID PHELAN**, individually,<br><br>      Plaintiffs,<br><br>   v.<br><br>**PROVIDENCE ST. JOSEPH HEALTH**,<br><br>      Defendant. | No. 3:21-cv-00425-MO<br><br>CASE SEALED PURSUANT TO<br>31 U.S.C. § 3730(b)(2) |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(l)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), Relator hereby files this Notice of Dismissal of all claims against Defendant in this action, with prejudice as to Relator but without prejudice as to the United States or either of the Plaintiff States.

Relator has obtained the consent of the United States for dismissal of these claims, and is informed that the United States will file written notice of same.

Dated: May 22, 2023                                             Respectfully submitted,

| | |
|---|---|
| **BROWN, LLC**<br>**Lead Counsel** | **CRISPIN HANNON, LLC**<br>**Local Counsel** |
| */s/ Patrick S. Almonrode*<br>Patrick S. Almonrode<br>Jason T. Brown<br>111 Town Square Place, Suite 400<br>Jersey City, NJ 07310<br>(877) 561-0000 (office)<br>(855) 582-5297 (fax)<br>*patalmonrode@jtblawgroup.com*<br>*jtb@jtblawgroup.com* | */s/ Craig A. Crispin*<br>Craig A. Crispin OSB No. 824852<br>1834 SW 58th Avenue, Suite 200<br>Portland, OR 97221<br>(503) 293-5770 (office)<br>(503) 293-5766 (fax)<br>*crispin@employmentlaw-nw.com*<br><br>*Attorneys for Relator David Phelan* |