UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, and THE STATE OF WASHINGTON *ex rel.* David Phelan, and DAVID PHELAN, individually<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE ST. JOSEPH HEALTH,<br><br>Defendant. | Case No.: 3:21-cv-00425-MO<br><br>ORDER |

    The Relator David Phelan having filed a Notice of Voluntary Dismissal of this action, and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to the United States, the State of California, and the State of Washington;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any

subsequent filings in this case.   All other contents of the Court's file in this action shall remain under seal and not be made public.

DATED this 23 day of May, 2023.

MICHAEL W. MOSMAN
United States District Judge

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney


*/s/ Gillian L. Bunker*
**GILLIAN L. BUNKER, OSB #062870**
Assistant United States Attorney